UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In Re:                                                      :
                                                            :
IN RE: VERNON 4540 REALTY LLC,                              :
          Debtor,                                     :
--------------------------------------------------------------x
BRENT CARRIER,                                              :
          Appellant,                                  :   **ORDER**
v.                                                          :
                                                            :   21 CV 5289 (VB)
45-50 VERNON LP; JSMB 4540 LLC; JSMB                        :
4540 MM LLC; CSC 4540, LLC,                                 :
          Appellees.                                  :
--------------------------------------------------------------x

    The Court held a status conference today at which appellant, proceeding pro se, and counsel for appellees appeared by telephone. Accordingly, it is HEREBY ORDERED:

1.    By **August 13, 2021**, appellant shall serve and file his brief.

2.    By **September 13, 2021**, appellees shall serve and file their brief.

3.    By **September 27, 2021**, appellant may serve and file a reply brief.

    Chambers will mail a copy of this Order to appellant at the address on the docket.

Dated: July 30, 2021
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge