UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

VERNON 4540 REALTY LLC,

                             Debtor.
------------------------------------------------------------X
BRENT CARRIER,

                        Appellant,                      21 **CIVIL** 5289 (VB)

          -against-                                **JUDGMENT**

45-50 VERNON LP, JSMB 4540 LLC, JSMB
4540 MM LLC, and CSC 4540, LLC,

                        Appellees.
------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 13, 2022, the Bankruptcy Court's Reconsideration Order and underlying Summary Judgment Order are AFFIRMED; accordingly, the case is closed.

**Dated:**  New York, New York
           June 13, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                  **BY:**    *K. Mango*

                                                         **Deputy Clerk**